IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 4:24cr 47 |
| | ) |
| MICHAEL DILLARD | ) |

## MOTION TO TRANSFER

The United States of America, by its attorney, Eric M. Hurt, Assistant United States Attorney, moves this court to transfer the above-styled case to the Newport News Division of this Court.

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____/s/_____
Eric M. Hurt
Assistant United States Attorney
Virginia State Bar No. 35765
Attorney for the United States
United States Attorney's Office
City Center One, Suite 200
11815 Fountain Way
Newport News, Virginia 23606
(757) 591-4000 Office
(757) 591-0866 Fax
eric.hurt@usdoj.gov